UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21918-COOKE/GOODMAN

JENNISEL GARCIA O.B.O. A.G.,

    Plaintiff,

vs.

KILOLO KIJAKAZI, *Commissioner of Social Security*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 31.

In his R&R, Judge Goodman recommends that I deny Plaintiff's motion for summary judgment, ECF No. 23, grant the Commissioner's summary judgment motion, ECF No. 26, and enter final judgment in favor of the Commissioner. The parties have not filed Objections to the R&R, and the time to do so has passed.

I have reviewed the parties' motions, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R, ECF No. 31, is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the Plaintiff's motion, ECF No. 23, is **DENIED**, the Commissioner's motion, ECF No. 26, is **GRANTED**, and final judgment will be entered in favor of the Commissioner.

**DONE and ORDERED** in chambers, at Miami, Florida, this 5th day of January 2022.

/s/ Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*